JOSEPH HASBROUCK, Appellant, *v.* CHARLES F. EICHORN et al., Composing the Board of Trustees of the Village of Dobbs Ferry, et al., Respondents.

*Hasbrouck* v. *Eichorn*, 60 App. Div. 631, affirmed.
(Argued November 26, 1902; decided December 16, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 2, 1901, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Hector M. Hitchings* and *Melvin S. Palliser* for appellant.

*Frank V. Millard* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.